# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:10-CV-21869-JLK

Plaintiff:
**MICHAEL D. AND NICOLE COWEN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**PNC BANK, NATIONAL ASSOCIATION**

For:
Robert C. Gilbert, Esq.
ALTERS BOLDT BROWN RASH CULMO
4141 Ne 2nd Avenue
Suite 201
Miami, FL 33137

Received by CIVIL PROCESS, LLC. on the 29th day of June, 2010 at 2:56 pm to be served on **PNC BANK, 200 EAST BROWARD BLVD, SUITE 100, FORT LAUDERDALE, FL 33301**.

I, Richard Weddle, do hereby affirm that on the **1st day of July, 2010** at **1:00 pm**, I:

**SERVED the within named entity by delivering a SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS AND REQUEST FOR IMMEDIATE ASSIGNMENT, CLASS ACTION COMPLAINT** with the date and hour of service endorsed thereon by me to PHILL PELLETIER as ASSISTANT MANAGER or any employee of defendant corporation or of the Registered Agent in the absence of any superior officer as defined in Fl. Statute Section 48.081 its Registered Agent on whom maybe served as required by Fl. Statute Section 48.091.

I do hereby certify that I have no interest in the above styled action; that I am over the age of eighteen years and that I am a Special Appointed Process Server in and for Broward County, Florida. Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and the facts contained herein are true and correct to the best of my knowledge. No Notary is required pursuant to F.S. 92.525 (2)

Richard Weddle
S.A.P.S. #544

**CIVIL PROCESS, LLC.**
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: 2010006262

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Michael D. and Nicole Cowen, on behalf of themselves and all others similarly situated<br>*Plaintiff*<br><br>v.<br><br>PNC BANK, National Association<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1:10-cv-21869-JLK<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PNC Bank
200 East Broward Boulevard
Suite 100
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert C. Gilbert, Esquire
ALTERS BOLDT BROWN RASH & CULMO, P.A.
4141 N.E. 2nd Avenue, Suite 201, Miami, FL 33137
Phone: 305-571-8550 / Fax: 305-571-8558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Steven M. Larimore**

CLERK OF COURT

Date: JUN 2 8 2010

*Signature of Clerk or Deputy Clerk*